# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

**FILED**

**October 14, 1998**

**Cecil W. Crowson
Appellate Court Clerk**

THOMAS MILO LOGAN,      )
                        )
    Plaintiff/Appellant,      )      Coffee Chancery
                        )      No. 2687
VS.                     )
                        )      Appeal No.
MARY JANE LOGAN,        )      01A01-9711-CH-00660
                        )
    Defendant/Appellee.      )

## CONCURRING OPINION

I concur with the court's opinion because Mr. Logan has not established the existence of materially changed circumstances that warrant a reduction in his spousal support obligations.

_____
WILLIAM C. KOCH, JR., JUDGE